UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00031-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RANDALL V. HEATH,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that pretrial motions are due by **Friday, December 28, 2012**, and responses to these motions are due by **Wednesday, January 9, 2013**.

FURTHER ORDERED that a 3-week jury trial is set to commence on **Tuesday, January 22, 2013, at 9:00 a.m.** Finally, it is

ORDERED that the parties shall promptly contact the Court if a hearing on motions and/or final trial preparation conference needs to be set.

Dated: November 19, 2012.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL
                                        CHIEF U. S. DISTRICT JUDGE