UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00031-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RANDALL V. HEATH, a/k/a Ronald Gibson, a/k/a Louis Greene, a/k/a Robert Nichel, a/k/a Ricky Reinardt, a/k/a Ricardo Delgado, a/k/a Gerald Ennis, a/k/a Phillip Hartung, a/k/a James Horsky, a/k/a Joel Myers, a/k/a Darrel Salter, a/k/a Randy Benson, a/k/a Robert E. Doolittle, agent of Randall Van Noy Health,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material to the Defendant, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) and (F). Having Reviewed the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same. Accordingly, it is

ORDERED that the Government's Motion to Disclose Grand Jury Material to the Defendant (ECF No. 16) filed November 21, 2012, is **GRANTED.** It is further

ORDERED that grand jury testimony and grand jury documents may be disclosed to the defendant and his attorney in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendant and his attorney; that the defense

attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

Dated: November 30, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE